**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-19823 |
| PAMELA JEAN LOWERY | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

**TRUSTEE'S CERTIFICATE OF SERVICE
FOR NOTICE OF TRUSTEE'S FINAL REPORT**

To:   **See Attached Service List**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 23rd day of August, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

 */s/ Peter N. Metrou*
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

By ECF:

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

By First Class Mail:

Citizens Bank
1 Citizens Drive
Riverside, RI 02915-3019

| | | |
|---|---|---|
| American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Barclays Bank Delaware<br>c/o Scott K. Brown, Esq.<br>Lewis Roca Rothgerber<br>201 E. Washington<br>Phoenix, AZ 85004-2428 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>POB 15298<br>Wilmington, DE 19850-5298 | Citizens Bank<br>1 Citizens Drive<br>MailStop ROP15B<br>Riverside, RI 02915-3019 |
| Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3019 | Citizens One Auto Finance<br>P.O. Box 42113<br>Providence, RI 02940-2113 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 |
| Commerce Bank<br>P.O. Box 806000<br>Kansas City, MO 64180-6000 | JC Penney/Synchrony Bank<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | Juniper Card Services<br>P.O. Box 60517<br>City of Industry, CA 91716-0517 |
| Scott K. Brown, Esq.<br>201 E. Washington<br>Phoenix, AZ 85004-2428 | Target Card Services<br>P.O. Box 660170<br>Dallas, TX 75266-0170 | Walmart Mastercard<br>P.O. Box 960024<br>Orlando, FL 32896-0024 |
| Gary L. Gearhart<br>Gary L Gearhart & Associates<br>951 Fifth Street<br>LaSalle, IL 61301-2203 | Pamela Jean Lowery<br>332 E. Church Street<br>Utica, IL 61373-9462 | |